*07-5041-SWH*

|  |  |
|---|---|
| **Plaintiff(s):** Richard Schwinger, Mr. | **Defendant(s):** Menu Foods ; Menu Foods Income Fund ; Menu Foods Gen Par Limited ; Menu Foods Limited Partnership ; Menu Foods Operating Partnership ; Menu Foods Midwest Corp ; Menu Foods South Dakota ; Menu Foods, Inc. ; Menu Foods Holdings, Inc. ; Wal-Mart Stores, Inc. ; Del Monte Foods, Inc. |
| County of Residence: Barry | County of Residence: Outside State of Missouri |
| Plaintiff's Atty(s): <br> **David A. Payne, Mr.** <br> **Cardin & Payne** <br> **607 Main Street** <br> **Cassville, Missouri 65625** <br> **417-847-4559** | Defendant's Atty(s): |

**II. Basis of Jurisdiction:** 4. Diversity (complete item III)

**III. Citizenship of Principal Parties** (Diversity Cases Only)

    Plaintiff:- 1 Citizen of This State
    Defendant:- 5 Non MO corp and Principal place of Business outside MO

**IV. Origin:** 6. Multidistrict Litigation

**V. Nature of Suit:** 360 Other Personal Injury

**VI. Cause of Action:** 28 U.S.C §§1332(d)(2) Plaintiff was injured as a result of Defendants' acts which caused the death of Plaintiff's dog from contaminated pet food

**VII. Requested in Complaint**
    Class Action:
    Dollar Demand:

Jury Demand: Yes

---

**Signature: David A. Payne**

**Date: 5-15-07**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. Note: **You may need to adjust the font size in your browser display to make the form print properly.**
Revised: 05/09/06