

A CERTIFIED TRUE COPY
JUL 1 6 2007
ATTEST *Thomas ...*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 28 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 1850*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PET FOOD PRODUCTS LIABILITY LITIGATION*

07-5041

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-1)*

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
# DOCKET NO. 1850
# IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**      **CASE CAPTION**

**ARKANSAS EASTERN**
ARE 4 07-376      Scott Stacey, et al. v. Nestle SA, et al.

**ARKANSAS WESTERN**
ARW 4 07-4036      Kirby Cooper v. Menu Foods Income Fund, et al.
ARW 5 07-5065      Sandra L. Gray, et al. v. Menu Foods, et al.

**CALIFORNIA CENTRAL**
CAC 2 07-1987      Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al.
CAC 2 07-2060      Dawn Howe v. Menu Foods Ltd., et al.
CAC 2 07-2253      Lois Grady, et al. v. Menu Foods Income Fund, et al.
CAC 2 07-2338      Kelly Finestone v. Menu Foods, Inc., et al.
CAC 2 07-2476      Richard Chamberlain v. Nestle SA, et al.
CAC 2 07-2779      Ken Wahl, et al. v. Menu Foods Income Fund, et al.
CAC 2 07-2964      Jayne Englander, et al. v. Menu Foods Income Fund, et al.
CAC 5 07-398      Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al.

**CALIFORNIA EASTERN**
CAE 2 07-654      Cheryl Carver v. Del Monte Foods Co., et al.

**CALIFORNIA NORTHERN**
CAN 3 07-1809      Sherry Ingles v. Menu Foods, Inc., et al.
CAN 3 07-2665      Diane Lowery v. Menu Foods Income Fund, et al.

**CALIFORNIA SOUTHERN**
CAS 3 07-705      Robert Payne, et al. v. Menu Foods, Inc., et al.
CAS 3 07-706      Diane Swarberg v. Menu Foods Holding, Inc., et al.
CAS 3 07-734      Hayley Ford, et al. v. Menu Foods Income Fund, et al.
CAS 3 07-951      John Colliard v. Menu Foods, Inc., et al.

**COLORADO**
CO 1 07-736      Emily Tompkins v. Menu Foods Midwest Corp., et al.

**FLORIDA MIDDLE**
FLM 2 07-235      Maria Teresa Ferrarese v. Menu Foods, Inc., et al.
FLM 6 07-803      George Birney, et al. v. Menu Foods, Inc.

**FLORIDA SOUTHERN**
FLS 1 07-20955      Stephen Donnelly, et al. v. Menu Foods, Inc., et al.

**IDAHO**
ID 1 07-160      Larry Klimes, et al. v. Menu Foods

**ILLINOIS NORTHERN**
ILN 1 07-2162      Heather Amro v. Menu Foods Income Fund, et al.
ILN 1 07-2183      Gary Bruski v. Menu Foods, Inc., et al.
ILN 1 07-2211      Raymond Demith, et al. v. Nestle Purina Petcare Co., et al.
ILN 1 07-2237      Sonja Foxe v. Menu Foods, Inc., et al.

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **MASSACHUSETTS** | | |
| MA 1 07-10745 | Lidia Rodrigues v. Menu Foods, Inc., et al. | |
| MA 1 07-10797 | Megan Connerton, et al. v. Menu Foods Midwest Corp., et al. | |
| **MAINE** | | |
| ME 2 07-54 | Mara Brazilian v. Menu Foods Income Fund, et al. | |
| **MINNESOTA** | | |
| MN 0 07-1808 | Stephanie Rozman v. Menu Foods Midwest Corp., et al. | |
| MN 0 07-2108 | Wendy Krosschell v. Menu Foods Income Fund, et al. | |
| **MISSOURI WESTERN** | | |
| MOW 3 07-5041 | Richard Schwinger v. Menu Foods, et al. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 5 07-105 | Sarah Cavin v. Menu Foods, et al. | |
| **NEVADA** | | |
| ~~NV 2 07-686~~ | ~~Maragaret Picus v. Wal-Mart Stores, Inc., et al.~~ | Opposed 7-16-07 |
| NV 3 07-159 | Marion Streczyn v. Menu Foods, Inc., et al. | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-3236 | Mark Cashman, et al. v. Menu Foods Midwest Corp., et al. | |
| **OHIO NORTHERN** | | |
| OHN 1 07-1018 | Gregory Boehm v. Menu Foods, Inc., et al. | |
| **PENNSYLVANIA MIDDLE** | | |
| PAM 1 07-929 | Dixie Keller v. Menu Foods Ltd., et al. | |
| **RHODE ISLAND** | | |
| RI 1 07-115 | Carol Brown v. Menu Foods, Inc., et al. | |
| **TENNESSEE EASTERN** | | |
| TNE 3 07-98 | Barbara Light v. Menu Foods Income Fund | |
| **WASHINGTON WESTERN** | | |
| WAW 2 07-575 | Laura Migliore v. Menu Foods | |
| WAW 2 07-576 | Gail Moran v. Menu Foods | |
| WAW 2 07-577 | Sheryl Puett v. Menu Foods | |
| WAW 2 07-634 | Daniel Ray Reeves v. Menu Foods | |
| WAW 2 07-666 | Sheree A. Robinson v. Menu Foods | |
| WAW 2 07-667 | Phyllis A. Ullman v. Menu Foods | |
| WAW 2 07-668 | Elizabeth Palmer v. Menu Foods | |
| WAW 2 07-669 | Jason Labbate v. Menu Foods | |
| WAW 2 07-670 | Megan Whitt v. Menu Foods | |
| WAW 2 07-684 | Linda Weitz v. Menu Foods | |
| WAW 2 07-685 | Michelle Adams v. Menu Foods | |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WAW 2 07-686 | Lerae Dineen v. Menu Foods |
| WAW 2 07-687 | Sandra Shingle v. Menu Foods |
| WAW 2 07-688 | Gary Thomas v. Menu Foods |
| WAW 2 07-689 | Deborah A. Mullen v. Menu Foods |
| WAW 2 07-690 | Helen Percy v. Menu Foods |
| WAW 2 07-745 | Paula Monk v. Menu Foods |
| WAW 2 07-746 | Tony Boyer v. Menu Foods |
| WAW 2 07-747 | Norman Brenton v. Menu Foods |
| WAW 2 07-748 | Lynda Nagel v. Menu Foods |
| WAW 2 07-749 | Teresa Eilers v. Menu Foods |
| WAW 3 07-5204 | Jeff Rusiecki v. Menu Foods |
| WAW 3 07-5205 | Nancy Guthrie v. Menu Foods |

**WISCONSIN WESTERN**

| | |
|---|---|
| WIW 3 07-159 | Jacqueline Johnson v. The Procter & Gamble Co., et al. |
| WIW 3 07-248 | Penny J. Roberts, et al. v. Menu Foods Income Fund, et al. |

RECEIVED
07 JUL 23 PM 1:25
CAMDEN OFFICE
CLERK U.S. DIST COURT
WEST. DIST. OF MO.
KANSAS CITY

UNITED STATES DISTRICT COURT
MARTIN LUTHER KING, JR.
FEDERAL BLD & U.S. COURTHOUSE
50 WALNUT STREET
P.O. BOX 419
NEWARK, N.J. 07101-0419

William T. Walsh
Clerk

CAMDEN OFFICE
4th & Cooper Streets
P.O. Box 2797
Camden, N.J. 08101

TRENTON OFFICE
402 East State Street
P.O. Box 515
Trenton, N.J. 08603

July 20, 2007

REPLY TO: CAMDEN

Cameron S. Burke, Clerk
Fed Building & U.S. Courthouse
MSC 039
550 West Fort Street
Boise, ID 83724

Re: MDL1850 In Re: Pet Food Products Liability Litigation

District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring certain action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407. Please see the attached list for the cases that pertain to your Court.

If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s).

Sincerely,

WILLIAM T. WALSH, Clerk

s/Marcy Barratt
Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
Clerk, Judicial Panel on Multidistrict Litigation